# IN THE SUPREME COURT OF THE STATE OF NEVADA

IRIDESCENT STREET TRUST,
Appellant,
vs.
WELLS FARGO BANK NATIONAL
ASSOCIATION,
Respondent.

No. 66256

FILED

APR 1 5 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER OF REVERSAL AND REMAND

This is an appeal from a district court summary judgment in a quiet title action. Eighth Judicial District Court, Clark County; Mark R. Denton, Judge.

The district court granted respondent's motion for summary judgment, reasoning that Montenegro Estates' nonjudicial foreclosure sale could not, as a matter of law, extinguish respondent's deed of trust. In *SFR Investments Pool 1, LLC v. U.S. Bank, N.A.*, 130 Nev., Adv. Op. 75, 334 P.3d 408 (2014), this court decided that a common-interest community association's superpriority lien has true priority over a first security interest, and the association may nonjudicially foreclose on that lien. Thus, the district court's decision was based on an erroneous

16-11879

interpretation of the controlling law and did not reach the other issues colorably asserted.[1] Accordingly, we

      ORDER the judgment of the district court REVERSED AND REMAND this matter to the district court for proceedings consistent with this order.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

cc:     Hon. Mark R. Denton, District Judge
        Kerry P. Faughnan
        Greene Infuso, LLP
        Snell & Wilmer, LLP/Tucson
        Wright, Finlay & Zak, LLP/Las Vegas
        Snell & Wilmer, LLP/Las Vegas
        Eighth District Court Clerk

---

[1]We therefore decline to order the district court to enter summary judgment in appellant's favor.